# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0159.  RAVEN GEORGE v. JAMES WILLIAM PUTNEY III.**

Raven George and James William Putney divorced in 2010.  In 2013, the trial court entered an order granting Putney's petition to end his obligation to pay alimony, and George filed this application for discretionary appeal.  However, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*